# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SAKAGUCHI, Guardian for minor MJS,<br><br>Plaintiff,<br><br>v.<br><br>HIGH TECH HIGH, et al.,<br><br>Defendant. | Case No.: 18cv2830-LAB (BLM)<br><br>**ORDER OF DISMISSAL** |

Plaintiff James Sakaguchi has filed a notice of dismissal with prejudice. Although Defendant has appeared, it has not answered or moved for summary judgment. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: January 7, 2019

_____
Hon. Larry Alan Burns
United States District Judge